For the reasons set forth by counsel, and on consent of all parties, the motion is granted. The Clerk of Court is respectfully directed to consolidate No. 20-CV-7954 with No. 20-CV-74798, and to terminate Doc. 7 in No. 20-CV-7954.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

10/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

Bryan Starling,                                         Case No.: 13-36564



        Debtor.
_____/

Continental Service Group, Inc.,                        Civil Docket No.: 7:20-cv-07954-UA

        Appellant,

v.

Bryan Starling,

        Appellee.
_____/

**CONTINENTAL SERVICE GROUP, INC.'S CONSENT MOTION TO CONSOLIDATE**

      Defendant Continental Service Group, Inc., by and through its attorneys Lippes Mathias Wexler Friedman LLP, and pursuant to Federal Rules of Civil Procedure 42, moves this Court for an Order consolidating the pending matter *In re Bryan Starling, Case N*o.: 20-cv-7478 (CS) with the subject action *In re Bryan Starling, Case No.:* 7:20-cv-07954-UA. This Motion is based on the accompanying Memorandum of Law and Declaration of Brendan H. Little, with exhibit.

      WHEREFORE, the Defendant Continental Service Group, Inc., respectfully requests that this Court grant its Consent Motion and consolidate *In re Bryan Starling, n*o. 20-cv-7478 (CS) with the subject action *In re Bryan Starling, Case No.:* 7:20-cv-07954-UA, together with any other and further relief this Court deems necessary and proper.

1

DATED:    October 22, 2020

                                                   LIPPES MATHIAS WEXLER FRIEDMAN LLP

                                                   /s Brendan H. Little
                                                 Brendan H. Little, Esq.
                                                 Tessa R. Scott, Esq.
                                                 Attorneys for Continental Service Group, Inc.
                                                 50 Fountain Plaza, Suite 1700
                                                 Buffalo, NY 14202
                                                 P: 716-853-5100
                                                 F: 716-853-5199
                                                 E: blittle@lippes.com
                                                     tscott@lippes.com